# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Anna J. | U.S. District Court, Oregon | / / |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Nominee, U.S. Dist.Court Judge | X Nomination, Date ___/ /___  <br> Initial   Annual   Final | 01/01/1997 to / / |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Multnomah County Courthouse <br> 1021 SW 4th Avenue, Room 612 <br> Portland, OR 97204 | Reviewing Officer _____  Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Director | United States District Court, District of Oregon, Historical Society |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 1999 | Retirement Plan, Judges in PERS, monthly benefits payable at age 65 on statutory formula (no control) |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Oregon Judicial Department (employment as state court judge-monthly) | $ 7,108.00 |
| 2 | 1998 | Oregon Judicial Department (employment as state court judge) | $ 85,525.00 |
| 3 | 1997 | Oregon Judicial Department (employment as state court judge) | $ 78,916.00 |
| 4 | 1997 | Northwestern School of Law at Lewis & Clark College (honoraria for teaching Trial Advocacy) | $ 600.00 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Mileage Plus First Card | Credit Card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Oppenheimer Strategic Income Fund Class A | A | None | K | T | | | | | |
| 2 Oppenheimer Equity Income Fund Class A | C | None | K | T | | | | | |
| 3 Oppenheimer Main Street Income & Growth Fund Class A | D | Interest | K | T | | | | | |
| 4 Oppenheimer Growth Fund Class A | D | Interest | L | T | | | | | |
| 5 Oppenheimer Quest Capital Value Fund Class A | D | Interest | K | T | | | | | |
| 6 Oregon Savings Growth Plan (Deferred Compensation) | D | Interest | K | T | | | | | |
| 7 Massachusetts Mutual Life Insurance Co. (variable life) | A | Interest | K | T | | | | | |
| 8 Bank of American Checking (J) Lake Oswego, OR | A | None | | T | | | | | |
| 9 Bank of America Savings (J) Lake Oswego, OR | A | Interest | J | T | | | | | |
| 10 Bank of American Time Deposit (S) Rancho Cordova, CA | B | Interest | K | T | | | | | |
| 11 Oppenheimer Money Market Fund (S) Denver, CO | A | Interest | K | T | | | | | |
| 12 Clackamas Federal Credit Union Savings (J) Oregon City, OR | A | Interest | J | T | | | | | |
| 13 Aetna Life Insurance Deferred Compensation (S) | D | Deferred Comp. | K | T | | | | | |
| 14 Metropolitan Life Ins. Co (univ.life policy-sold 1998) | D | Distribution | | T | | | | | |
| 15 Farmers New World Life Ins.Co (univ. life policy-sold 1998) | D | Distribution | | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL STATEMENT
## NET WORTH
---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 33 | 000 | Notes payable to banks--secured | | 0 |
| U.S. Government securities--add schedule | | 0 | Notes payable to banks--unsecured | | 0 |
| Listed securities--add schedule | 244 | 542 | Notes payable to relatives | | 0 |
| Unlisted securities--add schedule | | 0 | Notes payable to others | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | | 0 |
| Due from relatives and friends | 15 | 000 | Unpaid income tax (Still to be determined for 1998) | | 0 |
| Due from others | | 0 | Other unpaid tax and interest | | 0 |
| Doubtful | | 0 | Real estate mortgages payable--add schedule | 188 | 000 |
| Real estate owned--add schedule | 326 | 400 | Chattel mortgages and other liens payable | | 0 |
| Real estate mortgages receivable | | 0 | Other debts--itemize | | |
| Autos and other personal property | 75 | 000 | VISA | 7 | 000 |
| Cash value--life insurance | 28 | 500 | | | |
| Other assets--itemize | | 0 | | | |
| Oregon Savings Growth Plan Deferred Compensation Account | 42 | 898 | | | |
| | | | | | |
| | | | Total Liabilities | 195 | 000 |
| | | | Net Worth | 570 | 340 |
| Total Assets | 765 | 340 | Total Liabilities and net worth | 765 | 340 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledges? (Add schedule.)    No. | | 0 |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions?   NO. | | 0 |
| Legal Claims  - NONE. | | 0 | Have you ever taken bankruptcy? NO | | 0 |
| Provision for Federal Income Tax (PAID FOR 1998) | | | | | |
| Other special debt | | 0 | | | |